FRED KRON, Infant, by His Father, GERALD KRON, Respondent, et al., Plaintiff, v. REBECCA CHAIT, Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.